**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

HASAN ZAY DELAWAR KHAN          CIVIL ACTION NO. 26-1279-P

VERSUS                          JUDGE S. MAURICE HICKS, JR.

MELLISSA HARPER, ET AL.          MAGISTRATE JUDGE AYO

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Hasan Zay Delawar Khan's Zadvydas claim be **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to re-file the claim if he has good reason to believe, in light of any changes in circumstance or new evidence of his cooperation, that his removal is not significantly likely in the reasonably foreseeable future.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 13th day of July, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE